AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 24 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
    v. )
Quentin Everette Nash )
) Case No: 4:03CR70148-001
) USM No: 10211-084
Date of Previous Judgment: __August 19, 2005__ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100*__ months **is reduced to** __93*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __27__      Amended Offense Level: __25__
Criminal History Category: __V__    Criminal History Category: __V__
Previous Guideline Range: __120__ to __150__ months   Amended Guideline Range: __100__ to __125__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
\* Defendant's 93 months total imprisonment includes the 841(a)(1) cocaine base offense (33 months) and the 924(c) firearm offense (60 months).

Except as provided above, all provisions of the judgment dated __8/19/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __3-24-08__

Effective Date: ~~3/3/08~~ __4-3-08__
(if different from order date)

Judge's signature
Jackson Kiser, Senior United States District Judge
Printed name and title

Case 4:03-cr-70148-JLK   Document 47-1   Filed 03/24/08   Page 1 of 1   Pageid#: 59